UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 21, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHARMISTHA BARAI,

Defendant.

Case No. 2:16-mj-00187-02-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHARMISTHA BARAI ,

Case No. 2:16-mj-00187-02-KJN  Charge 13 U.S.C. § 371 , from custody for the following reasons:

✓ Release on Personal Recognizance

\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_ Appearance Bond with 10% Deposit

\_\_\_ Appearance Bond with Surety

\_\_\_ Corporate Surety Bail Bond

X (Other): As stated on the record.

Issued at Sacramento, California on October 21, 2016 at 2:26 pm.

By: *(signature)*

Magistrate Judge Carolyn K. Delaney